# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** 20- |
| v. | : | **DATE FILED:** |
| **LUKE MILLER** | : | **VIOLATIONS:** |
| | : | 18 U.S.C. § 2252(a)(2) (receipt of child pornography – 1 count) |
| | : | 18 U.S.C. § 2252(a)(4)(B) (possession of child pornography – 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

### COUNT ONE

On or about December 15, 2017, in New Tripoli, in the Eastern District of Pennsylvania and elsewhere, defendant

**LUKE MILLER**

knowingly received, and attempted to receive, a visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the producing of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 4, 2019, in New Tripoli, in the Eastern District of Pennsylvania, defendant

## LUKE MILLER

knowingly possessed matter, that is, one HP Pavilion 550-016 computer bearing serial number MXX52411GH, which contained visual depictions that had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce. The production of these visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct. The minors depicted included prepubescent minors and minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Section 2252 as set forth in this indictment, defendant

## LUKE MILLER

shall forfeit to the United States of America:

    (a)    any matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

    (b)    any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly from such violations, pursuant to 18 U.S.C. § 2422(b); and

    (c)    any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violations, including, but not limited to:

        (1)    HP Pavilion 550-016 computer bearing serial number MXX52411GH.

If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Sections 2428 and 2253.

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

*Katayoun M. Copely (for)*
**WILLIAM M. McSWAIN**
**United States Attorney**

No. _____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

**LUKE MILLER**

INDICTMENT

18 U.S.C. § 2252(a)(2)(receipt of child pornography – 1 count)
18 U.S.C. § 2252(a)(4)(B)(possession of child pornography – 1 count)
Notice of forfeiture

A true bill.

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20____

_____
Clerk

Bail, $ _____